UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

_____

| | |
|---|---|
| **LUCIOUS ALLEN** | **CIVIL ACTION NO. 05-1557-A** |
| **-vs-** | **JUDGE DRELL** |
| **UNITED STATES OF AMERICA** | **MAGISTRATE JUDGE KIRK** |

## J U D G M E N T

Before the Court is the Report and Recommendation of the magistrate judge suggesting we grant summary judgment and dismiss this case on that basis and on the basis of a pending motion to dismiss under Fed. R. Civ. P. 12(b)(1).

Because of points raised in the timely objections filed by Plaintiff, a measure of additional comment is appropriate. Without regurgitating a point-counterpoint exposition of the Report and Recommendation, we note the objections argue, appropriately, that the discretionary function exception should not apply in the case of the picking up of razor blades. In other words, by leaving the blades in the cell for too long a time period, and in picking them up quickly, Plaintiff suggests there was a violation of a duty to Plaintiff. The argument is creative and might have traction had Plaintiff pointed to any evidence that any

standard for such procedures or any policy for the exercise of them was violated.

In this record, there is no affidavit, no reference to prison standards, and no proof of prison policies or procedures which would lend weight to the argument. As decision-maker, we cannot provide that proof. The only actual evidence is to the effect that the distribution and pickup of razor blades is accomplished within a broad range of discretion which appears to balance the prison's requirement to allow prisoners the opportunity for decent personal hygiene. Thus, the recommendation of the magistrate judge is appropriate under these circumstances. Compare, for example, *Baker v. United States*, 3717382 WL, (W.D. PA, 2006).

Accordingly, for the reasons stated in the Report and Recommendation of the magistrate judge previously filed herein, and after an independent (de novo) review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Motion to Dismiss (Doc. No. 20) and the Motion for Summary Judgment (Doc. No. 21) are GRANTED and Plaintiff's claims are DISMISSED WITH PREJUDICE.

SIGNED on this 4th day of September, 2007, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge